# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JEROME TALLEY,

    Petitioner,

v.

KATHY VAN OLST,

    Respondent.

CASE NO. C08-1758-MJP-JPD

REPORT & RECOMMENDATION

Petitioner Jerome Talley is a pretrial detainee who is currently in custody in the King County Jail. (Proposed petition at 1). He has filed an application for leave to proceed *in forma pauperis* along with a proposed petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Although the basis of the petition is unclear, it appears that petitioner contends that his due process rights have been violated because he has not been afforded a hearing to determine whether he should be released on bail. (*Id*. at 3).

Although petitioner may challenge his pre-sentence detention by way of a petition for a writ of habeas corpus, principles of comity and federalism require that this Court abstain and not entertain any such habeas challenge unless petitioner shows that: (1) he has exhausted available state judicial remedies, and (2) "special circumstances" warrant federal intervention. *Carden v. Montana,* 626 F.2d 82, 83-84 (9th Cir. 1980). Only in cases of proven harassment or prosecutions undertaken by state officials in bad faith without hope of obtaining a valid

REPORT & RECOMMENDATION
PAGE 1

1 conviction, and perhaps in other special circumstances where irreparable injury can be shown, is federal injunctive relief against pending state prosecutions appropriate. *Id.* at 84 (citing *Perez v. Ledesma*, 401 U.S. 82, 85 (1971)). Petitioner makes no such showing of "special circumstances" warranting federal intervention. Accordingly, the Court recommends that the petition be dismissed without prejudice to refiling after state criminal proceedings, including appeal, are completed. In addition, petitioner's application to proceed *in forma pauperis* may be denied as moot. A proposed order reflecting this recommendation is attached.

DATED this 8th day of January, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge