# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEROME TALLEY,

    Petitioner,

v.

KATHY VAN OLST,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C08-1758-MJP

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    The Report and Recommendation is adopted and approved. Petitioner's § 2241 petition is DISMISSED without prejudice to refiling after state criminal proceedings, including appeal, are completed.

    Dated this _18th_ day of _____February_____, 2009.

                                                    BRUCE RIFKIN
                                                           Clerk

                                        __\s Mary Duett_____
                                        Deputy Clerk